CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>    Plaintiff,<br><br>  v.<br><br>BAKED BEAR I, LLC, a Delaware Limited Liability Company<br><br>    Defendants. | **Case:** 4:20-cv-07632-DMR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Baked Bear I, LLC, a Delaware Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 07, 2021        CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff